# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| No. 24-1386 | September Term, 2024 |
| | EPA-89FR84583 |

**Filed On:** May 13, 2025

Peter Williams,

    Petitioner

    v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, Environmental Protection Agency, in his official capacity,

    Respondents

    **BEFORE:**    Henderson*, Wilkins, and Childs, Circuit Judges

## O R D E R

Upon consideration of the motion to suspend the briefing schedule, the opposition thereto, and the corrected reply; the motion to supplement the record; and the motion to reconsider the court's April 2, 2025 order, it is

**ORDERED** that the briefing schedule entered on April 4, 2025 be suspended pending further order of the court.

### Per Curiam

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

    BY:    /s/
        Selena R. Gancasz
        Deputy Clerk

---

* Circuit Judge Henderson would deny the motion to suspend the briefing schedule.